UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIA SONG,<br><br>                    Plaintiff,<br><br>     -against-<br><br>PETER COLEMAN,<br><br>                    Defendant. | 1:23-CV-4740 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 13, 2023
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge